IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 98-00099-CB |
| ) | CIVIL ACTION NO. 15-00339-CB |
| CORNELIUS KENYATTA CRAIG, ) | |
| ) | |
| Defendant/Petitioner   ) | |

**FINAL JUDGMENT**

Pursuant to separate order entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Petitioner's motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 be and hereby is **dismissed** with prejudice as a second or successive motion.

**DONE** this the 3rd day of August, 2015.


*s/Charles R. Butler, Jr.*
**Senior United States District Judge**