# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CORNELIUS KENYATTA CRAIG,** ) | |
| ) | |
| Petitioner, ) | **CIV. A. NO. 24-0222-KD-MU** |
| ) | |
| vs. ) | |
| ) | **CRIM. NO. 98-0099-KD-MU-3** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

This action is before the Court on the Report and Recommendation entered July 30, 2025, wherein the Magistrate Judge recommended that Petitioner Cornelius Kenyatta Craig's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 be denied for lack of jurisdiction due to his failure to comply with 28 U.S.C. § 2244(b)(3)(A) and § 2255(h).

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, Craig's § 2255 motion is **DENIED**. Craig is not entitled to a certificate of appealability, and he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **2nd** day of **September 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**